AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Foote, Elizabeth E. | U.S. District Court Western District of Louisiana | 05/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

300 Fannin Street
Shreveport, LA 71101

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ▮▮▮▮▮-law office building partnership |
| 2. Board of Trustees Member | Louisiana State University/Paul M. Hebert Law Center |
| 3. Power of Attorney | POA #1 |
| 4. Board member | Federal Judges Association |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/01/10 | Termination of Partnership Agreement-▮▮▮▮▮ |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | ▨▨▨▨▨▨▨▨▨, pursuit to termination agreement | $1,628,908.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2014 | Louisiana State Employees Retirement System- retired judge |
| 2. 2014 | ▨▨▨▨▨▨▨, share of partnership profits |
| 3. 2014 | Smith Segura & Raphael (formerly ▨▨▨ LLP), share of partnership profits |
| 4. 2014 | ▨▨▨▨▨ |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. Federal Judges Association | 05/02/14 - 05/07/14 | Washington, DC | Board of Director's Meeting | Airfare |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Foote, Elizabeth E.** | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | US Treasury & LA Dept of Revenue | income tax liability- ESTIMATED | P1 |
| 3. | Mastercard | credit card | J |
| 4. | Discover Card | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo- Roth IRA (H) | | | | | | | | | |
| 2. ---- Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 3. ---- Washington Mutual Investment Fund | A | Int./Div. | J | T | | | | | |
| 4. Red River Bank Checking | A | Interest | M | T | | | | | |
| 5. Red River Bank Checking #2 | A | Interest | K | T | | | | | |
| 6. Capital One Savings #1 | D | Interest | P1 | T | | | | | |
| 7. American Funds 529 Plan Account | B | Dividend | L | T | | | | | |
| 8. ----American Funds Money Market | | | | | | | | | |
| 9. ----Cash Management Trust of America | | | | | | | | | |
| 10. ----American Balanced Fund | | | | | | | | | |
| 11. Wells Fargo Roth IRA (H) | | | | | | | | | |
| 12. ----John Hancock Regional Bank | A | Int./Div. | J | T | | | | | |
| 13. ----Templeton World Fund | B | Int./Div. | L | T | | | | | |
| 14. ----Washington Mutual Invs Fund | A | Int./Div. | K | T | | | | | |
| 15. Chase Investment (H) | | | | | | | | | |
| 16. ----JP Morgan US Treas Plus MMKT | A | Dividend | K | T | Buy (add'l) | 12/01/14 | J | | |
| 17. ----JPMorgan Chase & Co Common | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ----AllianceBer Global Thematic Grth | | None | J | T | | | | | |
| 19. ----JPMorgan Intrepid Mid Cap | A | Dividend | J | T | | | | | |
| 20. ----JPMorgan Large Cap Grth | A | Dividend | K | T | | | | | |
| 21. Capital One Savings #2 | D | Interest | P1 | T | | | | | |
| 22. Fidelity & Guar Life Ins | | None | N | T | | | | | |
| 23. Chase Investment-Invesco Global Small & Mid | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 24. Yuma Exploration-Royalty Interest-[ ] Louisiana | D | Royalty | K | W | | | | | |
| 25. N/R- Smith, Segura & Raphael(formerly [ ])operations | E | Int./Div. | | | Matured | 06/30/14 | J | A | |
| 26. 60 Acres timber land-[ ], Louisiana | | None | N | W | | | | | |
| 27. 1/2 interest 17 acres land-[ ] Louisiana | | None | J | W | | | | | |
| 28. 1/2 interest 2 acres-[ ], Louisiana | | None | J | W | | | | | |
| 29. 1/6 interest [ ] Company | | None | L | W | | | | | |
| 30. 1/3 interest [ ] Company (power of attorney) | | None | M | W | | | | | |
| 31. Cash Surrender Value- Metlife | | None | K | T | | | | | |
| 32. Red River Bank- Checking #3 | A | Interest | J | T | | | | | |
| 33. Red River Bank- CD #2 (4 cd's pledged) | B | Int./Div. | | | Redeemed | 06/01/14 | N | A | |
| 34. Vanguard-Prime Money Mkt Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. John Hancock-Law Firm 401K, Lifestyle Balanced Fund | | None | N | T | | | | | |
| 36. Wells Fargo- Roth IRA line 1: Invesco Amer. Franchise | B | Int./Div. | L | T | | | | | |
| 37. American Funds, Uniform Gift to Minor- Capital World Growth | A | Int./Div. | J | T | | | | | |
| 38. American Funds, Uniform Gift to Minor- Wash Mutual Invs | A | Int./Div. | J | T | | | | | |
| 39. Red River Bank- Checking #4 | A | Interest | M | T | | | | | |
| 40. FTJ Fundchoice IRA - Market Vectors Semiconductor | | None | | | Sold | 06/10/14 | K | A | |
| 41. FTJ Fundchoice IRA - iShares Goldman Sachs Software Index | A | Dividend | K | T | Buy (add'l) | 06/10/14 | J | | |
| 42. | | | | | Sold (part) | 10/16/14 | J | A | |
| 43. FTJ Fundchoice IRA-S PDR Technology Select Sector | A | Dividend | L | T | Sold (part) | 06/10/14 | J | A | |
| 44. | | | | | Sold (part) | 10/16/14 | J | A | |
| 45. FTJ Fundchoice IRA-iShares Dow Jones US Broker Dealers | A | Dividend | K | T | Sold (part) | 06/10/14 | J | A | |
| 46. | | | | | Sold (part) | 10/16/14 | J | A | |
| 47. FTJ Fundchoice IRA-S PDR Financial Select Sector | B | Dividend | L | T | Sold (part) | 06/10/14 | J | A | |
| 48. | | | | | Sold (part) | 10/16/14 | J | A | |
| 49. FTJ Fundchoice IRA-S PDR Health Care Select Sector | A | Dividend | L | T | Sold (part) | 06/10/14 | J | A | |
| 50. | | | | | Sold (part) | 10/16/14 | J | A | |
| 51. FTJ Fundchoice IRA-S PDR Industrial Select Sector | A | Dividend | K | T | Sold (part) | 06/10/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 53. FTJ Fundchoice IRA-WisdomTree Japan Hedged Equity | A | Dividend | K | T | Buy (add'l) | 06/10/14 | J | | |
| 54. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 55. FTJ Fundchoice IRA-TD Bank USA FDIC Insured Deposit | D | Int./Div. | K | T | Buy (add'l) | 12/31/14 | K | | |
| 56. | | | | | Sold (part) | 12/31/14 | J | A | |
| 57. Cash Surrender Value-Aviva Life and Annuity Co. | | None | N | T | | | | | |
| 58. Vanguard Acct. #1 | | | | | | | | | |
| 59. ---- Vanguard Mid-Cap Growth | B | Dividend | N | T | | | | | |
| 60. ---- Vanguard Small-Cap Growth | B | Dividend | N | T | | | | | |
| 61. ---- Vanguard Total Stock | D | Dividend | P1 | T | | | | | |
| 62. Vanguard SEP IRA (H) | | | K | T | | | | | |
| 63. Capital One | A | Interest | M | T | Open | 09/01/14 | M | | |
| 64. Vanguard SEP IRA: Vanguard REIT Index | B | Int./Div. | M | T | Buy | 08/01/14 | K | | |
| 65. NR Scandic Springs (X) | C | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Foote, Elizabeth E.** | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, Liabilities
Red River Bank, note guarantor: June 2014 they were released as guarantor from this note. There is no value at year end.

Part VII, Investments & Trusts

Line 6: This account was formerly listed as "ING Savings." The account number has remained the same, however, the bank name is now Capital One. This account is now called, "Capital One Savings #1."

Line 21: This account was formerly listed as "ING Savings". The account number has remained the same, however, the bank name is now Capital One. This account is now called "Capital One Savings #2."

LIne 24: There is no change in the asset, however, the payor has changed from Merit Oil to Yuma Exploration & Production Company, Inc.

Line 32: This account was formerly listed as "Red River Bank - Checking #2". The account is now called "Red River Bank - Checking #3".

Line 36: The investment fund was formerly "VanKampen Amern Fd Class A". The fund is now called "Invesco Amer Franchise".

Line 37: The custodian of this asset has changed from Wells Fargo to American Funds.

Line 38: The custodian of this asset has changed from Wells Fargo to American Funds.

Line 39: This account was formerly listed as "Red River Bank - Checking #3". The account is now called "Red River Bank - Checking #4".

Line 57: This note was issued in 2013 and received minimal payments during that year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Elizabeth E. Foote**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544